IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILTA GEDEUS,

     Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
EXPICARE NURSING AGENCY
INC.,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1991

Opinion filed March 31, 2016.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Wilta Gedeus, pro se, Appellant.

Norman Blessing, General Counsel, and Cristina A. Velez, Appellate Counsel, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

     AFFIRMED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.